UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BULL, LLC, <br><br>          Plaintiff, <br><br> v. <br><br> KIRK M. ELLIOTT et al., <br><br>          Defendants. | Case No. 2:23-cv-6190-SB-MRW <br><br><br> ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION |

    Defendants Kirk M. Elliott, Kirk Elliott PhD Private Advisors LLC (KEPHD), and K+E Consulting Redesigned removed this case based solely on diversity jurisdiction. The notice of removal identifies Plaintiff as a citizen of California and Defendants as citizens of Colorado. Dkt. No. 1 ¶¶ 10–12. For purposes of diversity jurisdiction, the citizenship of a limited liability company is determined by the citizenship of each of its members, not by its principal place of business or the law under which it is organized. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Both Plaintiff Golden Bull and Defendant KEPHD are limited liability companies, but Defendants provide no information about their members and their citizenship. Thus, the Court is unable to determine either entity's citizenship, which is necessary to assess whether diversity is complete.

    Although Plaintiff has not contested the existence of complete diversity, this Court has a duty to assess whether federal subject matter jurisdiction exists and may consider the issue sua sponte. *See Allstate Ins. Co. v. Hughes*, 358 F.3d 1089, 1093 (9th Cir. 2004); *Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999) (recognizing that "Article III generally requires a federal court to satisfy itself of its jurisdiction over the subject matter before it considers the merits of a case").

    Accordingly, Defendants are ORDERED to show cause, in writing, by no later than August 16, 2023, why the Court has jurisdiction over this case.

Defendants' response must identify all members of KEPHD and Golden Bull, LLC, along with all information required to determine their respective citizenship.

Date: August 9, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge