JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BULL, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>KIRK M. ELLIOTT et al.,<br><br>      Defendants. | Case No. 2:23-cv-06190-SB-MRW<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order granting Defendants' motion to dismiss entered this day, it is ORDERED AND ADJUDGED that Plaintiff Golden Bull, LLC's claims are DISMISSED without prejudice for lack of personal jurisdiction.

    This is a final judgment.

Date: September 5, 2023

                                             Stanley Blumenfeld, Jr.
                                           United States District Judge